IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD A. GRECO, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:20-cv-01595-EGS |

**JOINT STATUS REPORT**

At issue in this Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") case are eight requests for records that Plaintiff submitted on June 7, 2019. In accordance with the Court's February 12, 2021 Order, Plaintiff, Richard A. Greco, and Defendant, the Internal Revenue Service ("IRS"), hereby report the following:

As stated in the parties' prior Joint Status Reports, the IRS has completed its search for records, and has begun processing potentially responsive records and determining applicable exemptions pursuant to the FOIA. The IRS has identified roughly 7,000 records totaling 80,000 to 100,000 pages potentially responsive to Plaintiff's request. The IRS has committed to a "rolling production" of responsive, non-exempt records, with monthly releases of records on the 15th day of each month, until the requests have been satisfied.

The IRS released to Plaintiff its first tranche of records on December 18, 2020, consisting of 257 records totaling 4,643 pages. As of the parties' last status report filed on October 15, 2021, the IRS had made an additional ten releases, consisting of 1,319 records totaling 29,154 pages. Since the last status report, the IRS has released an additional 48 records totaling 3,692

pages on November 13, 2021 and 154 records totaling 517 pages on December 13, 2021. The IRS's releases were all electronically transmitted to Plaintiff.

After reviewing the IRS's four releases of records through March 16, 2021, Plaintiff observed that certain documents contained redactions corresponding to claims of FOIA exemptions. The parties have exchanged information to address Plaintiff's observations, and Plaintiff is continuing to review the IRS's responses and will initiate further meet and confer in writing and/or verbally to the extent necessary.

Because the parties have reached an agreement in principle on a monthly schedule for the IRS's release of records and are working in good faith toward those releases, the parties do not currently anticipate a motion for stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976) is likely, or believe referral to a magistrate Judge or to the Court's Mediation Program would facilitate further progress in this case. Similarly, because the parties have not identified disputed issues yet, the parties do not presently anticipate summary judgment briefing and will defer any decision on whether a Vaughn index is necessary.

The parties propose to submit another status report to the Court no later than February 15, 2022. That status report will address further proceedings, including, if applicable, a proposed briefing schedule to determine any issues at that time.

Dated: December 15, 2021

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

| | |
|---|---|
| /s/ Joseph E. Hunsader<br>JOSEPH E. HUNSADER<br>D.C. Bar #453328<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227 – Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 514-0472<br>Fax: (202) 514-6866<br>Email: Joseph.e.hunsader@tax.usdoj.gov<br><br>*Counsel for Defendant* | /s/ George M. Clarke III<br>GEORGE M. CLARKE, III<br>Baker & McKenzie, LLP<br>815 Connecticut Avenue,<br>NW Washington, DC 20006<br>Tel: (202) 452-7000<br>Fax: (202) 452-7074<br>Email: george.clarke@bakermckenzie.com<br><br>*Counsel for Plaintiff* |

3